JUDGE DAVID GUADERRAMA
FILED
2019 NOV 20 PM 1:28
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-19-CR- |
| Plaintiff, | § § | **INDICTMENT** |
| v. | § § | CT 1: 21:963-Conspiracy to Import a Controlled Substance; |
| CESAR TORRES TAPIA, | § § | CT 2: 21:952(a)-Importation of a Controlled Substance; |
| Defendant. | § § § § § § | CT 3: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; CT 4: 21:841(a)(1)-Possession with Intent to Distribute a Controlled Substance |

THE GRAND JURY CHARGES:

**EP19CR3731**

**COUNT ONE**
(21 U.S.C. §§ 963, 952(a) & 960(b)(4))

That on or about October 22, 2019, in the Western District of Texas, Defendant,

**CESAR TORRES TAPIA,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, into the United States from Mexico, contrary to Title 21, United States Code, Sections 952(a) and 960(a)(1) and the quantity of the mixture or substance containing marijuana involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is a quantity of a mixture or substance containing

a detectable amount of marijuana, all in violation of Title 21, United States Code, Sections 963, 952(a) and 960(b)(4).

## COUNT TWO
(21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(4))

That on or about October 22, 2019, in the Western District of Texas, Defendant,

**CESAR TORRES TAPIA,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(4).

## COUNT THREE
(21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(D))

That on or about October 22, 2019, in the Western District of Texas, Defendant,

**CESAR TORRES TAPIA,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Section 841(a)(1) and the quantity of the mixture or substance containing marijuana involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is a quantity of a mixture or substance containing a detectable amount of

marijuana, all in violation of Title 21, United States Code, Section 846, 841(a)(1) and 841(b)(1)(D).

## COUNT FOUR
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(D))

That on or about October 22, 2019, in the Western District of Texas, Defendant,

**CESAR TORRES TAPIA,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D).

A TRUE BILL,

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney